# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JONATHAN LANTZ, | : No. 82 MM 2018 |
| Petitioner | : |
| v. | : |
| HELENE ALEXANDER, DANIELLE WARD, ANTHONY VERNA, RUSSELL REDDING, THOMAS WOLF, JOHN C. TYLWALK, DAVID J. ARNOLD JR., BARBARA A. SMITH, STEPHANIE AXARLIS, GREGORY JORDAN, JULIE KLIM, PSPCA'S CEO, KITTY BLOCK, ACTING PRESIDENT AND CEO THE HUMANE SOCIETY OF THE UNITED STATES, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of July, 2018, the Application for Leave to File Original Process is GRANTED, the Petition for "Writ of Mandamus/ Prohibition" is DENIED, and the Applications for *Nunc Pro Tunc* Relief are DISMISSED AS MOOT.